UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

KELLY HARPER,   Civil No. 23-2502 (JRT/TNL)

    Petitioner,

v.   **ORDER**

WARDEN OF FCI WASECA,

    Respondent.

---

Kelly Harper, ADDRESS UNKNOWN, *pro se* petitioner.

Ana H Voss, Kristen Rau, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 28, 2024 (ECF No. 22), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Petitioner Kelly Harper's "Motion Petition for Writ of Habeas Corpus Pursuant to 28 USC 2241 & Motion to Expedite 28 USC 2241" (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**, for lack of jurisdiction, to the extent it (1) challenges her conviction and/or conditions of confinement, and (2) seeks Harper's immediate placement in home confinement or in a halfway house.

2. The Petition otherwise is **DENIED**.

3. Harper's "Motion to [Expedite] Ruling [and Immediately] Release Kelly Harper from BOP Custody to Grant USC 2241" [ECF No. 14], "Motion to [Expedite] and Motion to Grant 18 USC 2241" [ECF No. 16], and motion received by the Court on March 15, 2024 [ECF No. 20] are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 25, 2024　　　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　United States District Judge